IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT LEON FRANKLIN, III, #31751-509 | § § § | |
| VS. | § § | CIVIL CASE NO. 4:25-CV-728-SDJ |
| UNITED STATES OF AMERICA | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #22), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 10, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Movant Robert Leon Franklin, III's petition for a writ of mandamus (Dkt. #17) against the Grayson County Jail be dismissed as frivolous with prejudice as to its refiling in federal court, but without prejudice as to Movant's right to seek mandamus relief from the courts of the State of Texas.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of mandamus (Dkt. #17) is **DISMISSED** as frivolous with prejudice as to its refiling in federal court, but without prejudice as to Movant's right to seek mandamus relief from the courts of the State of Texas. The Clerk of Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 4th day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE